IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR9 |
| | ) | |
| v. | ) | |
| | ) | |
| REGINALD PETTIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After hearing before the Court on May 19, 2016, the hearing for final disposition will be continued and defendant shall seek a dual diagnosis evaluation. Accordingly,

IT IS ORDERED:

1) The hearing on the petition and amended petition for warrant or summons for offender under supervision (Filing No. 34 and Filing No. 45) is rescheduled for:

**Thursday, August 18, 2016, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

2) Prior to said hearing, the defendant shall seek a dual diagnosis evaluation.

DATED this 24th day of May, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court