IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>REGINALD L. PETTIS,<br><br>    Defendant. | 8:10CR09<br><br>ORDER ON SUPERVISED RELEASE |

   On the 18th day of August, 2016, the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 34) came on for hearing. The defendant was present and represented by Assistant Federal Public Defender Michael F. Maloney. The United States was represented by Assistant United States Attorney Lecia E. Wright. Defendant previously admitted allegations Nos. 1, 2, and 4 of the Amended Petition. The Court accepted the admission and found that the defendant was in violation of his Supervised Release. The United States moved to dismiss allegation No. 3.

   IT IS ORDERED:

   1) Defendant's supervised release is hereby revoked. Defendant is sentenced to 6 months imprisonment with the Bureau of Prisons with credit for time served. No term of supervised release will follow.

   2) Plaintiff's motion to dismiss Allegation No. 3 is granted.

3) Defendant shall surrender for service of sentence to the facility designated by the Bureau of Prisons no later than **Monday, September 12, 2016, before 2:00 p.m.**

DATED this 19th day of August, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court